| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>HIGGINBOTHAM, PATRICK E | 2. Court or Organization<br><br>U.S. COURT OF APPEALS, FIFTH | 3. Date of Report<br><br>05/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE (SENIOR JUDGE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>903 SAN JACINTO BLVD, ROOM 400<br>AUSTIN, TX 78701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE, CHAIR, BOARD OF TRUSTEES | THE CENTER FROM AMERICAN & INTERNATIONAL LAW (FORMERLY THE SOUTHWESTERN LEGAL FOUNDATION) |
| 2. BOARD OF OVERSEERS | RAND - INSTITUTE FOR CIVIL JUSTICE |
| 3. ETHICS 2000 COMMISSION, MEMBER | AMERICAN BAR ASSOCIATION |
| 4. CO-INDEPENDENT EXECUTOR | TRUST #1 |
| 5. INDEPENDENT EXECUTOR | TRUST #2 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 19 P 2: 42 FINANCIAL DISCLOSURE OFFICE

Higginbotham_Patrick_E

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E | 05/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | ST. MARY'S UNIVERSITY (TEACHING) | $ 87,290.50 |
| 2. 2008 | MATTHEW BENDER (WRITING) | $ 3,048.00 |
| 3. 2008 | DUKE UNIVERSITY (TEACHING) | $ 4,500.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SEE ATTACHEMENTS | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | BANK OF AMERICA | MORTGAGE - AUSTIN RENTAL PROPERTY | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA ACCOUNT | A | Interest | J | T | | | | | |
| 2. NEW YORK LIFE INSURANCE COMPANY | A | Interest | J | T | | | | | |
| 3. BEAL BANK ACCOUNTS | B | Interest | J | T | | | | | |
| 4. VERIZON COMMON STOCK | A | Dividend | K | T | | | | | |
| 5. AT&T CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 6. FULTON CNTY GA DEV AUTH SPL FACS REV DELTA (MUNI BOND) | | None | J | T | | | | | |
| 7. CHEROKEE CO GA HOSP AUTH RV CTFS REF MBIA | B | Interest | K | T | | | | | |
| 8. CHATHAM CNTY GA HOSP REV | A | Interest | J | T | | | | | |
| 9. FULCO GA HSP AT RV ANTIC CTFS ST | B | Interest | K | T | | | | | |
| 10. GEORGE L. SMITH II GA WLD CONGR RV (MUNI BOND) | A | Interest | J | T | | | | | |
| 11. FULCO GA HOSP AT REV ANT CTFS HLTH SYS (MUNI BOND) | B | Interest | | | REDEMPTION | 11/17 | K | B | |
| 12. FULTON CNTY GA DEV AT RV GA TECH FNDTN (MUNI BOND) | A | Interest | J | T | | | | | |
| 13. AGL RESOURCES INC COMMON STOCK | B | Dividend | K | T | | | | | |
| 14. AT & T CORP (FORMERLY BELLSOUTH CORP) | A | Dividend | K | T | | | | | |
| 15. CINERGY CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 16. DTE ENERGY COMPANY COMMON STOCK | A | Dividend | J | T | | | | | |
| 17. EXXON MOBIL CORP COMMON STOCK | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GENERAL ELECTRIC COMMON STOCK | A | Dividend | K | T | | | | | |
| 19. POST PROPERTIES INC REIT | A | Dividend | J | T | | | | | |
| 20. VERIZON COMMUNICATIONS COMMON STOCK | A | Dividend | K | T | | | | | |
| 21. MS MUN INC OPPT ST III | A | Dividend | J | T | | | | | |
| 22. MS QUALITY MUN SECS (MUTUAL FUND) | A | Dividend | J | T | | | | | |
| 23. PIMCO TOTAL RETURN FD (MUTUAL FUND) | A | Dividend | J | T | | | | | |
| 24. PIONEER HIGH YIELD FUND CLASS C | A | Dividend | J | T | | | | | |
| 25. VAN KAMPEN SENIOR INCM TR | A | Dividend | J | T | | | | | |
| 26. TRUST #1 | | None | | | NO VALUE | | | | |
| 27. TRUST #2 - RENTAL PROPERTIES (TARRANT COUNTY, TX) | A | Rent | N | W | | | | | |
| 28. TRUST #2 - ROYALTY INTEREST (TULSA, OK) | A | Royalty | J | W | | | | | |
| 29. RENTAL PROPERTY (PENSACOLA, FL) | D | Rent | M | W | | | | | |
| 30. ROYALTY INTEREST (TULSA, OK) | B | Royalty | J | W | | | | | |
| 31. IRA, BANK OF AMERICA | B | Interest | L | T | | | | | |
| 32. IRA, BANK OF AMERICA (MONEY MARKET) | A | Interest | J | T | | | | | |
| 33. CHASE ACCOUNT (TRUST #1) | | None | | | NO VALUE | | | | |
| 34. MERRILL LYNCH BANK U.S.A. | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MERRILL LYNCH BANK & TRUST | B | Interest | L | T | | | | | |
| 36. PHOENIX GROWTH FUND (MUTUAL FUND) | | None | K | T | | | | | |
| 37. BANK ONE ACCOUNTS | A | Interest | K | T | | | | | |
| 38. DUKE ENERGY COMMON STOCK | A | Dividend | J | T | | | | | |
| 39. CHASE BANK | A | Interest | J | T | | | | | |
| 40. COCA COLA | A | Dividend | K | T | | | | | |
| 41. ORLANDO FL UTL CMMN UTL SYS RV SER A RF OID MBIA | A | Interest | J | T | | | | | |
| 42. CENTRAL GREENE PA SCH DIST SER B RF OID FSA | A | Interest | J | T | | | | | |
| 43. ROCHESTER NH XLCA | A | Interest | J | T | | | | | |
| 44. ERIE CNTY NY SER D-2 RF MBIA | A | Interest | J | T | | | | | |
| 45. HOUSTON TEX CMTY CLG SYS RV JR SER A RF MBIA | A | Interest | J | T | | | | | |
| 46. RENTAL PROPERTY (AUSTIN, TX) | B | Rent | M | W | | | | | |
| 47. DELTA AIR LINES INC | | None | J | T | | | | | |
| 48. IDEARC INC | | None | J | T | | | | | |
| 49. SPECTRA ENERGY CORP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E | 05/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

SECTION IV. REIMBURSEMENTS AND GIFTS

Attachment to AO-10 - Financial Disclosure Statement

Patrick E. Higginbotham
Report Dated: March 25, 2009

| SOURCE | DESCRIPTION |
|---|---|
| American College of Trial Lawyers<br>National Symposium on the<br>Vanishing Jury Trial | Participant - Dallas, TX<br>Jan. 24 - 26, 2008<br>(transportation, lodging, meals) |
| Administer Oath of Office<br>to Judge Alan S. Trust | Official Representative - Dallas, TX<br>April 2, 2008<br>(transportation) |
| Judicial Conference of the Fifth Circuit | Member Participant – Point Clear, AL<br>May 4 - 7, 2008<br>(transportation, lodging, meals) |
| State Bar of Texas<br>Advanced Personal Injury Law Seminar<br>The 7th Amendment Under Attack | Speaker - San Antonio, TX<br>August 8, 2008<br>(transportation & meal) |
| Judge Catharina Haynes Investiture | Member Participant - Dallas, TX<br>Sept. 5, 2008<br>(transportation, meal, cab, airport parking) |
| American Inns of Court<br>Lewis F. Powell, Jr. Award for<br>Professionalism & Ethics | Recipient - Washington, D.C.<br>Oct. 10 - 12, 2008<br>(transportation, lodging, meals) |
| Fifth Circuit Court Retreat | Member Participant - Lumberton, MS<br>Oct. 13 - 14, 2008<br>(transportation, lodging, meals) |
| RAND, Corp.<br>ICJ Board of Overseers Meeting | Member Participant - Washington, D.C.<br>Oct. 23 - 24, 2008<br>(transportation, meals, cab airport parking) |
| Cornell University<br>Academic Symposium | Participant - Syracuse, NY<br>Nov. 5 - 6, 2008<br>(transportation) |
| Duke Law School<br>Senior Lecturing Fellow | Participant - Durham, NC<br>Nov. 20 - 22, 2008<br>(paid to teach, expenses not reimb.) |